EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

OMER G. POIRIER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

CR01-00487 DAE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>RENIE PARK,<br><br>　　　　Defendant. | CR. NO. _____<br><br>INDICTMENT<br><br>[18 U.S.C. §§ 152(1), 152(3)] |

INDICTMENT

Count 1

The Grand Jury charges:

From on or about February 19, 1999 until May 6, 1999, in the District of Hawaii and elsewhere, the Defendant, RENIE PARK, did knowingly and fraudulently conceal property belonging to the estate, in and in relation to a case under Title 11, <u>IN RE RENIE PARK</u>, Bankruptcy Court Case No. 99-00723, specifically approximately $77,000 in cash and 67 items of jewelry, from the

trustee charged with control of the debtor's property and from the creditors and the United States Trustee.

All in violation of Title 18, United States Code, Section 152(1).

## Count 2

The Grand Jury further charges:

On or about February 19, 1999, in the District of Hawaii, the Defendant, RENIE PARK, knowingly and fraudulently made false declarations, certificates, and statements under penalty of perjury, as permitted under Section 1746 of Title 28, in and in relation to a case under Title 11, IN RE RENIE PARK, Bankruptcy Court Case No. 99-00723, by submitting a Statement of Financial Affairs in which she described the contents of her safe deposit box at the First Hawaiian Bank as "Savings Bonds." In fact, as the defendant knew the box also contained approximately $77,000 in cash and 67 items of jewelry.

//
//
//
//
//
//
//
//

All in violation of Title 18, United States Code, Section 152(3).

DATED: __12/12/01__, 2001, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

OMER G. POIRIER
Assistant U.S. Attorney

UNITED STATES vs. RENIE PARK
Cr. No. _____
"Indictment"