Prob 35
(1/92)

**ORIGINAL**

Report and Order Terminating Probation / Supervised Release
Prior to Original Expiration Date

**United States District Court**
FOR THE
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 3 2006

at 9 o'clock and 18 min. A M TY
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

v.                                             Criminal No. CR 01-00487DAE-01

RENIE PARK

On 1/21/2003, the above named was placed on probation for a period of five (5) years. She has complied with the rules and regulations of probation and is no longer in need of probation supervision. It is accordingly recommended that she be discharged from probation at this time, having served 37 months of supervision.

Respectfully submitted,

_____
MARK T. NUGENT
U.S. Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Dated this 22nd day of February, 2006.

_____
DAVID ALAN EZRA
U.S. District Judge